**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00370-RPM-BNB

JASON ANGLIN,

       Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

       THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

       DATED: April 29th, 2008

                   BY THE COURT:

                   s/Richard P. Matsch
                   _____
                   U.S. DISTRICT JUDGE